Janelle J. Sahouria (State Bar No. 253699)
Kevin P. Lee (State Bar No. 296343)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Janelle.Sahouria@jacksonlewis.com
E-mail: Kevin.Lee@jacksonlewis.com

Attorneys for Defendants
FLOWSERVE CORP. and
FLOWSERVE US INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JOHN IRELAND,<br><br>        Plaintiff,<br><br>    v.<br><br>FLOWSERVE CORP., FLOWSERVE US INC. and Does 1 to 10,<br><br>        Defendants. | Case No.<br><br>**DECLARATION OF SHAKEEB MIR IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Corporate Disclosure Statement]*<br><br>Complaint Filed:  May 8, 2024<br>Trial Date:           Not set |

1    I, Shakeeb Mir, declare as follows:

2    1.    I submit this Declaration in support of the Notice of Removal of Defendants FLOWSERVE CORP. and FLOWSERVE US INC. ("Flowserve" or "Defendants"). I have personal knowledge, or knowledge based upon corporate records and information which I have obtained and reviewed in the course of my duties, of the information set forth herein, and, if called as a witness, could and would testify competently to such matters.

3    2.    I am currently employed as Flowserve's Vice-President of Corporate and Compliance.

4    3.    To the extent this declaration is based upon Flowserve's business records, I am familiar with the manner in which such records are kept in the regular course of business and can attest that entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of Flowserve's business to maintain such records.

5    4.    By virtue of my job duties and responsibilities, I have personal knowledge of the corporate structure and citizenship of Flowserve.

6    5.    At all times during Plaintiff's employment with Flowserve Corporation, and at the time the Complaint was filed, Flowserve Corporation was, and still is, incorporated in the State of New York. At the time the Complaint was filed, Flowserve US Inc. was, and still is, incorporated in the State of Delaware.

7    6.    Flowserve's principal place of business is also the State of Texas. Flowserve's executives and administrative operations are currently managed from its Texas location. Flowserve does not maintain a principal place of business in the State of California.

8    7.    Flowserve's financial records are maintained in the State of Texas.

///
///
///
///
///

I am an I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on June 10, 2024, at Dallas, Texas.

_____
SHAKEEB MIR

3   Case No.
DECLARATION OF SHAKEEB MIR IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT