UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IRELAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FLOWSERVE CORP, FLOWSERVE US INC. and Does 1 to 10,<br><br>　　　　Defendants, | Case No.: 2:24−CV−01663−DJC−JDP<br><br>**ORDER RE MOTION FOR ADMINSTRATIVE RELIEF TO CONTINUE DATE TO SUBMIT JOINT STATUS REPORT** |

　　　Upon a Motion for Administrative Relief, filed on August 9, 2024, and good cause appearing, the date on which the Joint Status Report must be filed be continued to August 19, to allow the parties to complete it.

Dated:  August 12, 2024　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CASE NO. 2:24−CV−01663−DJC−JDP　　　1　　Order re Joint Administrative Motion Re Joint Status Report