Janelle J. Sahouria (State Bar No. 253699)
Kevin P. Lee (State Bar No. 296343)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: Janelle.Sahouria@jacksonlewis.com
E-mail: Kevin.Lee@jacksonlewis.com

Attorneys for Defendants
FLOWSERVE CORP. and
FLOWSERVE US INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JOHN IRELAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLOWSERVE CORP, FLOWSERVE US INC. and Does 1 to 10,<br><br>　　　　Defendants. | Case No. 2:24-CV-01663-DJC-JDP<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed:　04/03/2024<br>Trial Date:　　　　06/01/2026 |

　　　　Plaintiff John Ireland ("Plaintiff"), by and through his counsel of record and Defendants Flowserve Corporation and Flowserve US, Inc. ("Defendants"), by and through their counsel of record, hereby stipulate and agree to extend the unexpired discovery deadlines for 59 days to August 29, 2025.  This is the parties' first request for an extension of the discovery deadline.

　　　　**1. Discovery Completed to Date**

　　　　To date, the parties have completed their FRCP 26(f) conference and have made exchanged initial disclosures pursuant FRCP 26(a)(1).

　　　　**2. Discovery Which Still Needs to Occur**

　　　　The parties have exchanged written discovery, but significant discovery remains to be completed in this matter.  Plaintiff is seeking to depose key witnesses including managers and/or supervisors involved in the reduction in force and the termination of Plaintiff's employment, as

well as the person(s) most qualified for ESI for Defendants. Defendants are seeking to depose Plaintiff and other key witnesses, including but not limited to, those bearing upon Plaintiff's claims and damages in this matter. The parties have been diligently attempting to resolve and previously agreed to engage in mediation with mediator Mark LeHocky.

The parties do not anticipate needing additional time to identify and prepare expert witnesses, exchange expert reports, and conduct expert depositions.

### 3. Proposed Schedule for Completing Remaining Discovery

The parties propose extending the deadline to complete fact discovery to August 29, 2025. All other deadlines pertaining to expert discovery and motions shall remain the same per the Court's Scheduling Order. Trial is currently scheduled for June 1, 2026.

### 4. Good Cause Supports the Request to Extend the Deadline as Set Forth Herein

When a stipulation requires the modification of the scheduling order, the parties must first satisfy the "good cause" standard established by Rule 16(b). See *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992); see also Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent"). The good cause inquiry is focused on the movant's reasons for seeking to modify the scheduling order and primarily considers the movant's diligence. *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013). The key determination is whether the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609.

Good cause supports the parties' request to extend the Fact Discovery deadline. The parties have been diligent in pursuing discovery since the case's removal to federal court, including holding their FRCP 26(f) conference, exchanging initial disclosures, and exchanging initial written discovery. However, the parties need additional time to complete percipient witness depositions in this matter.

By entering into this Stipulation, the Parties are not waiving any rights or objections they may have regarding any other party's anticipated or actual discovery activities or conceding that any such discovery is proper or necessary. Nonetheless, they are entering into this stipulation in good faith and will address any disputes in the ordinary course.

The Parties hereby stipulate to the aforementioned.

Dated: June 11, 2025

        HENRY LACEY

        By */s/ Stephen Henry*
        STEPHEN F. HENRY
        Attorney for Plaintiff

Dated:  June 13, 2025        JACKSON LEWIS P.C.

        By:   */s/ Kevin P. Lee*
        Janelle J. Sahouria
        Kevin P. Lee
        JACKSON LEWIS P.C.
        Attorneys for Defendants FLOWSERVE CORP.
        and FLOWSERVE US INC.

# **ORDER**

The parties deadline to complete fact discovery is hereby extended to August 29, 2025. All other deadlines pertaining to expert discovery and motions shall remain the same per the Court's Scheduling Order.

IT IS SO ORDERED:

Dated:  June 13, 2025                                        /s/ Daniel J. Calabretta
                                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                                         UNITED STATES DISTRICT JUDGE