Janelle J. Sahouria (State Bar No. 253699)
Kevin P. Lee (State Bar No. 296343)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: Janelle.Sahouria@jacksonlewis.com
E-mail: Kevin.Lee@jacksonlewis.com

Attorneys for Defendants
FLOWSERVE CORP. and
FLOWSERVE US INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JOHN IRELAND,<br><br>    Plaintiff,<br><br>v.<br><br>FLOWSERVE CORP, FLOWSERVE US INC. and Does 1 to 10,<br><br>    Defendants. | Case No. 2:24-CV-01663-DJC-JDP<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES**<br><br>**(SECOND REQUEST)**<br><br>Complaint Filed:   04/03/2024<br>Trial Date:           06/01/2026 |

    Plaintiff John Ireland ("Plaintiff"), by and through his counsel of record and Defendants Flowserve Corporation and Flowserve US, Inc. ("Defendants"), by and through their counsel of record, hereby stipulate and agree to extend the discovery deadlines as set forth below. This is the parties' second request for an extension of the discovery deadline.

    **1. Discovery Completed to Date**

    To date, the parties have completed their FRCP 26(f) conference and have made exchanged initial disclosures pursuant FRCP 26(a)(1). The parties have also conducted depositions of key witnesses, including Plaintiff.

    **2. Discovery Which Still Needs to Occur**

    The parties have exchanged written discovery, but there remains additional discovery to be completed in the matter. Plaintiff has deposed Defendant's person most knowledgeable regarding

1    Case No. 2:24-CV-01663-DJC-JDP
STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES

the reduction in force and Plaintiff's inclusion in the reduction in force and termination. Defendant has also taken Plaintiff's deposition, but Defendant has not yet completed Plaintiff's deposition as Plaintiff has represented he has not completed a full investigation and search for responsive documents pertaining to his claimed damages. The parties have been diligently attempting to resolve and have agreed to engage in mediation with mediator Mark LeHocky. The parties are conferring on dates for an October mediation.

### 3. Proposed Schedule for Completing Remaining Discovery

The parties propose extending the following deadlines to complete discovery:

- Initial Expert Disclosures:        November 7, 2025
- Rebuttal Expert Disclosures:       November 21, 2025
- Expert Discovery Deadline:         February 1, 2026
- Dispositive Motion Deadline:       January 9, 2026
- Hearing on Dispositive Motions:    February 19, 2026, at 1:30 PM

Trial is currently scheduled for June 1, 2026.

### 4. Good Cause Supports the Request to Extend the Deadline as Set Forth Herein

When a stipulation requires the modification of the scheduling order, the parties must first satisfy the "good cause" standard established by Rule 16(b). See *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992); see also Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent"). The good cause inquiry is focused on the movant's reasons for seeking to modify the scheduling order and primarily considers the movant's diligence. *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013). The key determination is whether the subject deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609.

Good cause supports the parties' request to extend the Fact Discovery deadline. The parties have been diligent in pursuing discovery since the case's removal to federal court, including holding their FRCP 26(f) conference, exchanging initial disclosures, and exchanging initial written discovery. However, the parties require additional time to engage in mediation and, if mediation is unsuccessful, additional time to complete expert discovery and have dispositive motions heard.

By entering into this Stipulation, the Parties are not waiving any rights or objections they may have regarding any other party's anticipated or actual discovery activities or conceding that any such discovery is proper or necessary. Nonetheless, they are entering into this stipulation in good faith and will address any disputes in the ordinary course.

The Parties hereby stipulate to the aforementioned.

Dated: August 29, 2025

        HENRY LACEY

        By /s/ Stephen Henry
        STEPHEN F. HENRY
        Attorney for Plaintiff

Dated:  August 29, 2025

        JACKSON LEWIS P.C.

        By:    /s/ Kevin P. Lee
        Janelle J. Sahouria
        Kevin P. Lee
        JACKSON LEWIS P.C.
        Attorneys for Defendants FLOWSERVE CORP.
        and FLOWSERVE US INC.

**ORDER**

IT IS SO ORDERED:

Dated: August 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE